Louis Richman and Max Richman, Appellees, v. Louis M. March et al., Appellants.

Gen. No. 44,291.

opinion
filed March 29, 1948; released for publication April 9, 1948. Rappaport, Clorfene & Rappaport and Louis M. March, for appellants; Ode L. Rankin, of counsel; Philip J. Slotnikoff, for appellees. Opinion by JUSTICE O'CONNOR. Not to be published in full.

Trustees of Schools of Township No. 20, Range No. 5, Whiteside County, Illinois, Appellee, v. O. J. Chamberlain, Appellant, and A. J. Harkness, Defendant.

Gen. No. 10,181.